IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 1:19-MJ-6 |
| | ) | Misdemeanor |
| v. | ) | |
| | ) | |
| GERDA M. MCTIGUE, | ) | Court Date: January 14, 2019 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

(COUNT I – Class A Misdemeanor – 3563360)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about October 29, 2018, at Marine Corps Base, Quantico, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, GERDA M. MCTIGUE, did unlawfully steal, purloin, and knowingly convert to her use or the use of another, property of the United States or any department or agency thereof, specifically: two (2) cosmetic products, the property of the Marine Corps Exchange, said property having a value of less than one thousand ($1,000) dollars. (Violation of Title 18, United States Code, Section 641)

Respectfully Submitted,

G. Zachary Terwilliger
United States Attorney

Evan P. Clark
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed this __2__ day of January 2019 to the defendant's home of record.

By: _____
Evan P. Clark
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3706
Fax: (703) 299-3980
Evan.Clark@usdoj.gov